JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DANIEL R. WILLIAMS, | ) | Case No. ED CV 16-1989-PJW |
| Plaintiff, | ) | |
| v. | ) | J U D G M E N T |
| NANCY A. BERRYHILL, ACTING COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION, | ) | |
| Defendant. | ) | |

In accordance with the Order Vacating August 23, 2017 Judgment filed herewith,

IT IS HEREBY ADJUDGED that the decision of the Commissioner of the Social Security Administration is affirmed and this action is dismissed with prejudice.

DATED: December 4, 2017

　　　　　　　　　　　　　　　　　／s／ Patrick J. Walsh
　　　　　　　　　　　　　　　　　PATRICK J. WALSH
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

S:\PJW\Cases-Social Security\WILLIAMS, D 1989\Judgment 2.wpd